**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                    )
NICOLE MORGAN, et al., on behalf of      )
themselves and all others                         )
similarly situated,                                    )
                                                    )
                                                    )
            Plaintiffs,                           )
                                                    )          Civil Action No. 1:07cv00172 (JDB)
      v.                                             )          Date: April 18, 2007
                                                    )
DISTRICT OF COLUMBIA, et al.,            )
                                                    )
                                                    )
            Defendants.                          )
_____)


**DEFENDANT'S CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND**
**TO PLAINTIFFS' CLASS ACTION COMPLAINT**

        1.        Pursuant to Fed. R. Civ. Pro. 6 (b) (1), the Defendant, District of

Columbia (hereinafter the "District"), by counsel, hereby respectfully requests an

enlargement of time to reply to the Plaintiffs' Class Action Complaint.  Defendant

respectfully requests that its time to respond to the above-referenced motion be extended

to May 30, 2007.

        2.        Defendant request additional time to properly and thoroughly investigate

Plaintiffs' complaint and prepare an appropriate response.

        3.         Plaintiffs will not be prejudiced by this request for enlargement of time

for the following reasons:

  a. The enlargement of time requested in this Motion is minimal,

  particularly given the issues raised.

  b. This request is not submitted for the purpose of creating delay.

  4. Plaintiffs' counsel informed the undersigned via email that he consented to

the relief sought in this motion.

 WHEREFORE, an extension of time to respond to Plaintiffs' Class Action Complaint

until May 30, 2007 is respectfully requested.

    Respectfully submitted,

    LINDA SINGER
    Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

    _____/s/_____
    ELLEN EFROS,
    Assistant Attorney General [250746]
    Chief, Equity I

    _____/s/_____
  BY: DENISE J. BAKER [493414]
    Assistant Attorney General
    Equity I Section
    Civil Litigation Division
    441 4th Street, N.W.
    Washington, DC 20001
    (202) 442-9887 (telephone)
    (202) 727-0431 (facsimile)
    Email: denise.baker@dc.gov

CERTIFICATE OF SERVICE

I, hereby certify that on this 18th day of April 2007 I have sent a true copy of Defendant's
Motion for extension of time to respond to Plaintiffs' class action complaint by ECF to:

John O. Iweanoge, Jr. [439913]
Charles C. Iweanoge [465663]
Jude C. Iweanoge [493241]
Iweanoge Law Center
1026 Monroe Street, NE
Washington, DC  20017

_____/s/_____
Denise J. Baker
Assistant Attorney General

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                    )
NICOLE MORGAN, et al., on behalf of        )
themselves and all others                          )
similarly situated,                                )
                                                    )
                                                    )
                    Plaintiffs,              )
                                                    )        Civil Action No. 1:07cv00172 (JDB)
          v.                                        )        Date: April 18, 2007
                                                    )
DISTRICT OF COLUMBIA, et al.,              )
                                                    )
                                                    )
                    Defendants.              )
_____)


**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF**
**DEFENDANT'S CONSENT MOTION TO EXTEND TIME**
**TO RESPOND TO PLAINTIFFS' CLASS ACTION COMPLAINT**

1.      Fed. R. Civ. P. 6(b).

2.      The record herein.

3.      Absence of prejudice to the parties.

4.      Consent of the parties.

5.      The equitable powers of this Court.

                              Respectfully submitted,

                              LINDA SINGER
                              Attorney General for the District of Columbia

                              GEORGE C. VALENTINE

Deputy Attorney General
Civil Litigation Division


_____/s/_____
ELLEN EFROS
Chief, Equity I


____/s/_____
DENISE J. BAKER [493414]
Assistant Attorney General, DC
441 Fourth Street, NW, 6th Fl. So.
Washington, DC  20001
(202) 442-9887 (telephone)
(202) 727-0431 (facsimile)
Email: denise.baker@dc.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                          )
NICOLE MORGAN, et al., on behalf of          )
themselves and all others                             )
similarly situated,                                        )
                                                          )
                                                          )
                    Plaintiffs,                           )
                                                          )          Civil Action No. 1:07cv00172 (JDB)
          v.                                                )
                                                          )
DISTRICT OF COLUMBIA, et al.,                  )
                                                          )
                                                          )
                    Defendants.                        )
_____)

**ORDER**

        Upon consideration of the District of Columbia's Consent Motion to Extend Time

To Reply to Plaintiffs' Class Action Complaint, and the entire record in this matter, it is,

by the Court, this _____ day of _____, 2007, for the reasons stated in the

District's motion,

        ORDERED that defendant's Motion be GRANTED; and it is further

        ORDERED that defendant may respond to the class action complaint on or before

May 30, 2007.

                                                          _____
                                                          John D. Bates
                                                          United States District Judge

Copies To:

Denise J. Baker
Assistant Attorney General
441 4th Street, Northwest
Washington, DC  20004
6th Floor South
Washington, D.C. 20001

John O. Iweanoge, Jr. [439913]
Charles C. Iweanoge [465663]
Jude C. Iweanoge [493241]
Iweanoge Law Center
1026 Monroe Street, NE
Washington, DC  20017