UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NICOLE MORGAN, et al** <br> **On behalf of all others** <br> **similarly situated** <br><br> **Plaintiffs** <br><br> v. <br><br> **DISTRICT OF COLUMBIA, et al** <br><br> **Defendants** | Civil Action No. 07-00172 (JDB) |

**CONSENT MOTION FOR ENLARGMENT OF TIME TO FILE MOTION FOR CERTIFICATION OF CLASS ACTION**

The Plaintiffs, by and through its undersigned counsel, respectfully requests that the Court grant them an additional thirty (30) days to file a motion pursuant to Fed. R. Civ. P. 23 for certification of the class named in Plaintiffs complaint. In support thereof, the Plaintiffs state as follows:

1.  That Plaintiff filed a complaint in the above captioned matter on or about January 24, 2007 premised on overdetention of inmates by the District of Columbia Department of Corrections.

2.  That pursuant to LCvR 23.1(b), Plaintiffs were required to file a motion for certification under Fed. R. Civ. P. 23(c)(1) by April 24, 2007.

3.  That on Friday April 20, 2007, the counsel for defendants advised undersigned counsel that there were two other class actions cases that were previously certified that may encompass some or all of the Plaintiffs in the case *sub judice*.

4.      That Plaintiffs need additional time to properly and thoroughly investigate this representation to ensure whether the previously certified class encompass the Plaintiffs in this action, and if so determine whether the complaint in the instant matter should be amended.

5.      That an extension of time within which to file a motion for certification is necessary because of judicial economy and ease of administerability.

6.      The Plaintiffs submit that no party would be prejudiced by the requested extension of time because counsel for Defendant District of Columbia consents to the relief requested herein.

WHEREFORE, Plaintiffs, respectfully request that this Honorable Court grant a thirty-day extension of time, up to and including Thursday, May 24, 2007, to file a motion for certification, and/or a motion for leave to amend complaint.

>Respectfully Submitted,
>THE IWEANOGES' FIRM, P.C.
>
>
>          /s/*JohnIweanoge*/s/
>John O. Iweanoge, II
>**IWEANOGE LAW CENTER**
>1026 Monroe Street, NE
>Washington, DC  20017
>Phone: (202) 347-7026
>Fax: (202) 347-7108
>Email: joi@iweanogesfirm.com
>Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NICOLE MORGAN, et al** * <br> **On behalf of all others** * <br> **similarly situated** * <br> * <br> **Plaintiffs** * <br> * <br> **v.** * <br> * <br> **DISTRICT OF COLUMBIA, et al** * <br> * <br> **Defendants** * | **Civil Action No. 07-00172 (JDB)** |

**POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' MOTION FOR ENLARGEMENT OF TIME TO FILE MOTION FOR CERTIFICATION**

1. Fed. R. Civ. P. 6(b).

2. Fed. R. Civ. P. 23(c)(1)

3. LCvR 23.1(b)

4. The record herein

5. The equitable powers of this Court

6. The interest of justice and the record herein.

Respectfully Submitted,
THE IWEANOGES' FIRM, P.C.

_____/s/*JohnIweanoge*/s/_____
John O. Iweanoge, II
**IWEANOGE LAW CENTER**
1026 Monroe Street, NE
Washington, DC  20017
Phone: (202) 347-7026
Fax: (202) 347-7108
Email: joi@iweanogesfirm.com
Attorney for Plaintiffs

3