UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NICOLE MORGAN, et al** \*<br>**On behalf of all others** \*<br>**similarly situated** \*<br>\*<br>**Plaintiffs** \*<br>\*<br>v.    \*<br>\*<br>**DISTRICT OF COLUMBIA, et al** \*<br>\*<br>**Defendants** \* | Civil Action No. 07-00172 (JDB) |

**CONSENT MOTION FOR ENLARGMENT OF TIME TO FILE MOTION FOR CERTIFICATION OF CLASS ACTION OR AMEND COMPLAINT**

The Plaintiffs, by and through its undersigned counsel, respectfully requests that the Court grant them an additional thirty (30) days to file a motion pursuant to Fed. R. Civ. P. 23 for certification of the class named in Plaintiffs complaint or amend their complaint. In support thereof, the Plaintiffs state as follows:

1.    That Plaintiff filed a complaint in the above captioned matter on or about January 24, 2007 premised on overdetention of inmates by the District of Columbia Department of Corrections.

2.    That pursuant to LCvR 23.1(b), Plaintiffs were required to file a motion for certification under Fed. R. Civ. P. 23(c)(1) by April 24, 2007. On Friday April 20, 2007, the counsel for defendants advised undersigned counsel that there were two other class actions cases that were previously certified that may encompass some or all of the Plaintiffs in the case *sub judice*. The Court granted the motion for extension of time until May 24, 2007.

1

3.      That Plaintiffs' counsel who just finished a trial in D.C. Superior Court before Judge Satterfield has not completed his investigation and would need additional 30 days to determine whether the previously certified class encompasses the Plaintiffs in this action, and if so, advise the named Defendants of the situation and determine whether the complaint in the instant matter should be amended.

4.      That an extension of time within which to file a motion for certification or amend complaint is necessary because of judicial economy and ease of administerability.

5.      The Plaintiffs submit that no party would be prejudiced by the requested extension of time because counsel for Defendant District of Columbia consents to the relief requested herein.

WHEREFORE, Plaintiffs, respectfully request that this Honorable Court grant a thirty-day extension of time, up to and including Friday June 22, 2007, to file a motion for certification, or a motion for leave to amend the complaint.

Respectfully Submitted,
THE IWEANOGES' FIRM, P.C.


_____/s/*JohnIweanoge*/s/_____
John O. Iweanoge, II
**IWEANOGE LAW CENTER**
1026 Monroe Street, NE
Washington, DC  20017
Phone: (202) 347-7026
Fax: (202) 347-7108
Email: joi@iweanogesfirm.com
Attorney for Plaintiffs

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **NICOLE MORGAN, et al** <br> **On behalf of all others** <br> **similarly situated** <br><br>        **Plaintiffs** <br><br> **v.** <br><br> **DISTRICT OF COLUMBIA, et al** <br><br>        **Defendants** | * <br> * <br> * <br> * <br> * <br> *     **Civil Action No. 07-00172 (JDB)** <br> * <br> * <br> * <br> * <br> * |

**POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' MOTION FOR ENLARGEMENT OF TIME TO FILE MOTION FOR CERTIFICATION**

1. Fed. R. Civ. P. 6(b).

2. Fed. R. Civ. P. 23(c)(1)

3. LCvR 23.1(b)

4. The record herein

5. The equitable powers of this Court

6. The interest of justice and the record herein.

                                               Respectfully Submitted,
                                               THE IWEANOGES' FIRM, P.C.


                                               _____/s/*JohnIweanoge*/s/_____
                                               John O. Iweanoge, II
                                             **IWEANOGE LAW CENTER**
                                             1026 Monroe Street, NE
                                             Washington, DC  20017
                                             Phone: (202) 347-7026
                                             Fax: (202) 347-7108
                                             Email: joi@iweanogesfirm.com
                                             Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on 23rd May 2007 a copy of the foregoing Motion was filed via electronic case filing system of the United States District Court for the District of Columbia and accordingly, the Court will notify the Defendants through the court's e-file system.

                                                                                  _____/s/JohnOIweanoge/s/___
                                                                                        John O. Iweanoge