## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                                    )
NICOLE MORGAN, et al., on behalf of                 )
themselves and all others                           )
similarly situated,                                 )
                                                    )
                                                    )
                        Plaintiffs,                 )
                                                    )        Civil Action No. 1:07cv00172 (JDB)
            v.                                      )        Date: May 25, 2007
                                                    )
DISTRICT OF COLUMBIA, et al.,                       )
                                                    )
                                                    )
                        Defendants.                 )
_____)


### DEFENDANT'S CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND
### TO PLAINTIFFS' CLASS ACTION COMPLAINT

1.      Pursuant to Fed. R. Civ. Pro. 6 (b) (1), the Defendant, District of
Columbia (hereinafter the "District"), by counsel, hereby respectfully requests an
enlargement of time to reply to the Plaintiffs' Class Action Complaint.
Defendant respectfully requests that its time to respond to the above-referenced
motion be extended to July 9, 2007.

2.      Since filing the complaint, the Plaintiffs have been apprised by the
Defendant that a similar class was certified by the Honorable Royce C. Lamberth
in the case captioned *Barnes v. District of Columbia*, Civil Action No. 06-0315.
The Plaintiffs informed the Defendant that they needed additional time to
determine whether they will continue to seek certification of this putative class,

join the *Barnes* class, or file separate actions for the named plaintiffs in above-captioned matter.

3.     Plaintiffs have sought and received an order of this Court extending their time to seek class certification or amendment of the complaint by an additional thirty (30) days.  Docket No. 4.   In light of Plaintiffs' enlarged time to file their class certification, Defendant requests additional time to properly and thoroughly investigate Plaintiffs' pleadings and prepare an appropriate response.

4.      Plaintiffs will not be prejudiced by this request for enlargement of time for the following reasons:

        a.   The enlargement of time requested in this Motion is minimal, particularly given the issues raised.

        b.   This request is not submitted for the purpose of creating delay.

5.     Plaintiffs' counsel informed the undersigned via email that he consented to the relief sought in this motion.

WHEREFORE, an extension of time to respond to Plaintiffs' Class Action Complaint until July 9, 2007 is respectfully requested.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of
Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____/s/_____
ELLEN EFROS,

Assistant Attorney General [250746]
Chief, Equity I

_____/s/_____

BY:   DENISE J. BAKER [493414]
Assistant Attorney General
Equity I Section
Civil Litigation Division
441 4th Street, N.W.
Washington, DC 20001
(202) 442-9887 (telephone)
(202) 727-0431 (facsimile)
Email: denise.baker@dc.gov

CERTIFICATE OF SERVICE

I, hereby certify that on this 25th day of May 2007 I have sent a true copy of
Defendant's Motion for extension of time to respond to Plaintiffs' class action
complaint by ECF to:

John O. Iweanoge, Jr. [439913]
Charles C. Iweanoge [465663]
Jude C. Iweanoge [493241]
Iweanoge Law Center
1026 Monroe Street, NE
Washington, DC  20017

_____/s/_____
Denise J. Baker
Assistant Attorney General

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                        )
NICOLE MORGAN, et al., on behalf of     )
themselves and all others               )
similarly situated,                     )
                                        )
                                        )
                 Plaintiffs,            )
                                        )      Civil Action No. 1:07cv00172 (JDB)
          v.                            )      Date: May 25, 2007
                                        )
DISTRICT OF COLUMBIA, et al.,           )
                                        )
                                        )
                 Defendants.            )
_____)


### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S CONSENT MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' CLASS ACTION COMPLAINT

1.     Fed. R. Civ. P. 6(b).

2.     The record herein.

3.     Absence of prejudice to the parties.

4.     Consent of the parties.

5.     The equitable powers of this Court.


Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


_____/s/_____
ELLEN EFROS

Chief, Equity I

_____/s/_____
DENISE J. BAKER [493414]
Assistant Attorney General, DC
441 Fourth Street, NW, 6th Fl. So.
Washington, DC  20001
(202) 442-9887 (telephone)
(202) 727-0431 (facsimile)
Email: denise.baker@dc.gov

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
                                        )
NICOLE MORGAN, et al., on behalf of     )
themselves and all others               )
similarly situated,                     )
                                        )
                                        )
                    Plaintiffs,         )
                                        )     Civil Action No. 1:07cv00172 (JDB)
          v.                            )
                                        )
DISTRICT OF COLUMBIA, et al.,           )
                                        )
                                        )
                    Defendants.         )
_____)

## ORDER

Upon consideration of the District of Columbia's Consent Motion to Extend Time

To Reply to Plaintiffs' Class Action Complaint, and the entire record in this matter, it is,

by the Court, this _____ day of _____, 2007, for the reasons stated in the

District's motion,

ORDERED that defendant's Motion be GRANTED; and it is further

ORDERED that defendant may respond to the class action complaint on or before

July 9, 2007.

_____
John D. Bates
United States District Judge

Copies To:

Denise J. Baker
Assistant Attorney General
441 4th Street, Northwest
Washington, DC  20004
6th Floor South
Washington, D.C. 20001

John O. Iweanoge, Jr. [439913]
Charles C. Iweanoge [465663]
Jude C. Iweanoge [493241]
Iweanoge Law Center
1026 Monroe Street, NE
Washington, DC  20017