IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
NICOLE MORGAN, et al., on behalf of )
themselves and all others           )
similarly situated,                 )
                                    )
                                    )
            Plaintiffs,             )
                                    )    Civil Action No. 1:07cv00172 (JDB)
        v.                          )    Date: June 7, 2007
                                    )
DISTRICT OF COLUMBIA, et al.,       )
                                    )
                                    )
            Defendants.             )
_____)

## NOTICE OF RELATED CASE

Pursuant to Local Rule LCvR 40.5, Defendant, District of Columbia ("the District") through undersigned counsel, gives notice of a related case. Putative class representative Plaintiffs, in the above captioned action, allege that a proposed overdetention class should be certified by this Court based upon the District's alleged practice of allowing jail inmates to stay past their term of incarceration. These claims are similar, if not identical, to those alleged in *Carl A. Barnes, et al., v. District of Columbia,* civil action no. 06-315 (RCL), which has already been certified as a class of overdetained prisoners. ---F.R.D.---, 2007 WL 896282 (D.D.C. March 26, 2007).

Respectfully submitted,

LINDA SINGER

        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        _____/s/_____
        ELLEN EFROS,
        Assistant Attorney General [250746]
        Chief, Equity I

        _____/s/_____
BY:   DENISE J. BAKER [493414]
        Assistant Attorney General
        Equity I Section
        Civil Litigation Division
        441 4th Street, N.W.
        Washington, DC 20001
        (202) 442-9887 (telephone)
        (202) 727-0431 (facsimile)
        Email: denise.baker@dc.gov

## CERTIFICATE OF SERVICE

I, hereby certify that on this 7th day of June 2007 I have sent a true copy of Defendant's Notice of Related Case by ECF to:

John O. Iweanoge, Jr. [439913]
Charles C. Iweanoge [465663]
Jude C. Iweanoge [493241]
Iweanoge Law Center
1026 Monroe Street, NE
Washington, DC  20017

        _____/s/_____
        Denise J. Baker
        Assistant Attorney General