UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| **NICOLE MORGAN, et al** | * |
| | * |
| **Plaintiffs** | * |
| | * |
| | * Civil Action No. 07-00172 (JDB) |
| v. | * |
| | * |
| **DISTRICT OF COLUMBIA, et al** | * |
| | * |
| **Defendants** | * |
| | * |

_____

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

The Plaintiffs, by and through THE IWEANOGES' FIRM, P.C. and their undersigned counsel, respectfully request that the Court grant them leave to amend their complaint pursuant to Fed. R. Civ. P. 15.

A copy of Plaintiffs' proposed First Amended Complaint is attached as Exhibit 1. As grounds for relief sought herein, Plaintiffs states as follows:

1. That Plaintiff filed a complaint in the above captioned matter on or about January 24, 2007 premised on overdetention of inmates by the District of Columbia Department of Corrections.

2. That on Friday April 20, 2007, the counsel for defendants advised undersigned counsel that there were two other class actions cases that were previously certified that may encompass some or all of the Plaintiffs in the case *sub judice*.

3. That undersigned following its investigation has determined that all the plaintiffs in this matter may fall within the class description in *Barnes, et al v. District of Columbia,* 06-315 (RCL) certified as Class Action on March 26, 2007.

1

4.     Plaintiffs in this matter intend to proceed individually with their suit against the Defendants because they believe that the class would not protect their interest.

5.     Rule 15 of the Federal Rules of Civil Procedure permits a party to amend or supplement a pleading under certain circumstances. Rule 15(a) provides in relevant part that

> A party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served or, if the pleading is one to which no responsive pleading is permitted and the action has not been placed upon the trial calendar, the party may so amend it at any time within 20 days after it is served.

In this case, no response pleading has been filed by the defendants, thus Plaintiffs may amend the pleading without leave of court.

6.     "A party may amend the party's pleading only by leave of court or by written consent of the adverse party party; and leave shall be freely given when justice so requires." Fed. R. Civ. P. 15(a).

7.     Rule 15(d) provides in relevant part that the "court may, upon reasonable notice and upon such terms as are just, permit the party to serve a supplemental pleading setting forth transactions or occurrences or events which have happened since the date of the pleading sought to be supplemented."

8.     Courts have permitted parties to amend pleadings pursuant to Rule 15(a) for many reasons, including to allege additional or different damages, *see Taylor v. Sec'y of the Navy*, 852 F.Supp. 343, 357 (E.D. Pa. 1994)(amendment permitted to make first request for compensatory damages); to narrow the issues by removing certain allegations, see *Savino v. Computer Credit, Inc.*, 960 F. Supp. 500, 601 (E.D.N.Y. 1997)(amendment permitted to remove allegation that

Plaintiff did not receive timely notice); and to allege an amoint in controversy to avoid dismissal for lack of subject matter jurisdiction, see *Kingston Square Tenants Ass'n v. Tuskegee Gardens, Ltd*, 792 F.Supp. 1566, 1581 (S.D. Fla. 1992)(amendment permitted to allege amount in controversy sufficient to satisfy federal court jurisdiction).

9. Rule 15(a) "permits easy amendment in situation where no significant development in the case have occurred and where little time has passed." *Harris v. Sec'y U.S. Dept of Veterans Affairs*, 126 F.3d 339, 344 (D.C. Cir. 1997). Absent undue delay, bad faith or dilatory motive .. the leave sought should be freely given." *Foreman v. Davis*, 371 U.S. 178, 182 (1962).

10. Plaintiffs' amendment involves the removal of its designation as a class action lawsuit and the addition of one plaintiff.

WHEREFORE, Plaintiffs, respectfully request that this Honorable Court grant this motion for leave to amend complaint based on the foregoing reasons and any other reasons that may appear to the Court..

        Respectfully Submitted,
        THE IWEANOGES' FIRM, P.C.


        By:   */s/JohnOIweanoge/s/*
          John O. Iweanoge, II
          **IWEANOGE LAW CENTER**
          1026 Monroe Street, NE
          Washington, DC 20017
          Phone: (202) 347-7026
          Fax: (202) 347-7108
          Email: joi@iweanogesfirm.com
          Attorney for Plaintiffs

## **CERTIFICATE OF SERVICE**

    I HEREBY certify that copies of the foregoing motion was electronically filed on June 22, 2007, and the court would notify parties using Court's e-file system.

                                                  _/s/JohnOIweanoge/s/_
                                                    John O. Iweanoge, II