CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLE MORGAN, et al. ) | |
| ) | |
| Plaintiff ) | Civil Case Number 07-0172 (RCL) |
| ) | |
| v. ) | |
| ) | Category   L |
| DISTRICT OF COLUMBIA, et al. ) | |
| ) | |
| Defendant ) | |

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>June 28, 2007</u> from <u>Judge John D. Bates</u> to <u>Judge Royce C. Lamberth</u> by direction of the Calendar Committee.

(Reassigned as related to 06-0315)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc:   <u>Judge Bates</u> & Courtroom Deputy
<u>Judge Lamberth</u> & Courtroom Deputy
Liaison, Calendar and Case Management Committee
Civil Case Processing Clerk ✓