IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NICOLE MORGAN, et al., on behalf of themselves and all others similarly situated, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 1:07cv00172 (JDB) |
| v. | ) ) | |
| DISTRICT OF COLUMBIA, et al., | ) ) ) | |
| Defendants. | ) ) | |

## ENTRY OF APPEARANCE

The Clerk of the Court will please ENTER the appearance of Ellen A. Efros, Esquire, Office of the Attorney General, as counsel for defendants, District of Columbia and Devon Brown, in the above-captioned matter.

        Respectfully submitted,

        LINDA SINGER
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

        /s/ Ellen A. Efros
        ELLEN A. EFROS
        Chief, Equity I

        /s/ Denise J. Baker
        DENISE J. BAKER
        Assistant Attorney General
        441 Fourth Street, N.W., Suite 6S079

Washington, D.C. 20001
(202) 442-9887 (telephone)
(202) 727-3625 (fax)