UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NICOLE MORGAN**, *et al.*,    )<br>                                                  )<br>    **Plaintiffs,**                       )<br>                                                  )<br>    v.                                          )<br>                                                  )<br>**DISTRICT OF COLUMBIA**, *et al.*,  )<br>                                                  )<br>    **Defendant.**                       )<br>                                                  ) | Civil Action No. 07-172 (RCL) |

## ORDER

Upon consideration of plaintiffs' motion [8] for leave to file an Amended Complaint, and the response thereto, it is hereby

ORDERED, that plaintiffs' motion is GRANTED, and it is further

ORDERED, that the proposed Amended Complaint shall be filed this date.

Defendants' motion [5] for extension of time is GRANTED. Defendants shall respond to the Amended Complaint within 10 days of this date.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, August 24, 2007.