# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NICOLE MORGAN, et al., on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br><br>     v.<br><br>DISTRICT OF COLUMBIA, et al.,<br><br>          Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:07cv00172 (RCL)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Upon consideration of the District Defendants Motion to Quash Subpoena, the memorandum of points and authorities filed in support thereof, and the entire record herein, it is hereby

ORDERED, that the defendants' motion shall be and the same is hereby granted; and it is further

ORDERED, that the subpoena dated August 29, 2007 is hereby QUASHED.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on November 5, 2007.