IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NICOLE MORGAN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:07cv00172 (RCL)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Upon consideration of the Defendant, Devon Brown's, Motion to Dismiss Plaintiff's Amended Complaint, the memorandum of points and authorities filed in support thereof, any opposition and reply thereto, and the entire record herein, it is hereby

ORDERED, that the defendant's motion shall be and the same is hereby granted; and it is further

ORDERED, that the amended complaint is dismissed as to defendant, Devon Brown.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on November 5, 2007.