UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
**NICOLE MORGAN**, *et al.*,            )
                                        )
    **Plaintiffs**,                     )
                                        )
    v.                                  )   Civil Action No. 07-172 (RCL)
                                        )
**DISTRICT OF COLUMBIA**, *et al.*,     )
                                        )
    **Defendant**.                      )
_____)

## SCHEDULING ORDER

UPON CONSIDERATION of the Parties' LCvR 16.3 Report and the entire record herein, it is this 4th day of December, 2007, hereby ordered that:

1. The parties need not exchange the initial disclosures required by Fed. R. Civ. 26(a)(1).

2. Fact discovery, including answers to interrogatories, document production, admissions, and depositions to be completed within 180 days after this Scheduling Order.

3. The number of interrogatories is to be limited to 25 per side.

4. The number of depositions is to be limited to 15 per side.

5. The duration of each deposition is to be limited pursuant to LCvR 26.2(c).

6. Plaintiff's expert report(s) and information shall be served no later than 45 days after the close of fact discovery.

7. Defendants' expert report(s) and information shall be served no later than 75 days after the close of fact discovery.

      8.      All discovery on the parties' experts shall close 105 days after the close of fact discovery.

      9.      All dispositive motion shall be filed no later than 45 days after the close of expert discovery.

      10.      Memoranda of points and authorities in opposition to any dispositive motions shall be filed no later than 20 days after filing of the dispositive motion.

      11.      Reply memoranda shall be filed no later than 11 days after filing of the opposition(s).

      12.      A status conference shall be set, if necessary, after the Court rules upon any dispositive motion.

      13.      The pretrial and trial dates will be set at the status conference.

Signed by Royce C. Lamberth, United States District Judge, on December 4, 2007.