IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NICOLE MORGAN, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 1:07cv00172 (JDB) |
| DISTRICT OF COLUMBIA, et al., | ) |
| Defendants. | ) |

**DEFENDANT DISTRICT OF COLUMBIA'S MOTION TO COMPEL
DISCOVERY DOCUMENTS AND DEPOSITION SCHEDULE**

**COMES NOW** Defendant District of Columbia (hereinafter "the District" or "Defendant"), by and through undersigned counsel, and pursuant to Fed. R. Civ. Pro. 37(a) moves this Honorable Court to issue an order compelling Plaintiffs to agree to a deposition schedule, to respond to propounded interrogatories, and to produce documents for inspection, organized and labeled to correspond with the categories of defendant's first request for documents on the following bases:

1. On December 5, 2007, the District propounded Interrogatories and Requests for Production of Documents upon counsel for Plaintiffs. (*See*, Exhibit "A," Certificate Regarding Discovery, and Exhibit "B," an email from undersigned counsel);

2. On January 7, 2007, the District contacted Plaintiffs' counsel to inquire about the status of the discovery responses. (*See* Exhibit "C," an email from undersigned counsel to Plaintiff's counsel);

3. On January 16, 2008, the District sent a letter to Plaintiffs' counsel via facsimile inquiring about a schedule for depositions. (*See* Exhibit "D"). On that same day, Plaintiffs' counsel responded by email that he "will discuss with [his] clients and get back to [me] by the (sic) January 24th." (*See* Exhibit "E," an email between counsel);

4. On January 25, 2008, undersigned counsel emailed Plaintiffs' counsel to state that she will file this motion to compel. (*Id.*). To date, there has been no response from Plaintiffs' counsel.

5. To date, there has been no additional effort by plaintiffs to secure and finalize a deposition schedule.

Defendant District of Columbia requests that this Honorable Court award the District reasonable expenses incurred in obtaining this order, including attorney's fees. In support therefore the Court is respectfully referred to the Memorandum of Points and Authorities, the exhibits, and declaration of counsel for attorney's fees annexed hereto and incorporated by reference herein.

WHEREFORE, Defendant prays that the instant motion be granted.

Respectfully submitted,

PETER NICKLES
Interim Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

ELLEN EFROS [250746
Chief, Equity I

__/s/_____
DENISE J. BAKER [493414]
Assistant Attorney General, DC

441 Fourth Street, NW
Sixth Floor South
Washington, DC  20001
202-442-9887
Denise.baker@dc.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NICOLE MORGAN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 1:07cv00172 (JDB) |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, et al., ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
MOTION TO COMPEL FIRST REQUEST FOR PRODUCTION OF DOCUMENTS
AND DEPOSITION SCHEDULE**

On several occasions, counsel for defendants notified plaintiffs' counsel that discovery was due. (See collectively, Exhibits B through E attached hereto). Plaintiffs failed to comply with requests for discovery. Despite repeated requests to compel the discovery request, defendant District of Columbia has not received either answers to First Set of Interrogatories, or responses to the First Request for Documents.

The scheduling order issued by this court set forth a finite time in which to conclude discovery, including depositions. Given that there are ten (10) named plaintiffs, successful completion of discovery requires both parties to expedite and schedule depositions, which plaintiffs have failed to do.

The Rules provide that this Court may order a party to comply with discovery requests. Fed R. Civ. Pro. 37. The District requests that this Court grant its motion to compel discovery and award the reasonable expenses associated with filing this motion.

Respectfully submitted,

PETER NICKLES
Interim Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

ELLEN EFROS [250746
Chief, Equity I

__/s/_____
DENISE J. BAKER [493414]
Assistant Attorney General, DC
441 Fourth Street, NW
Sixth Floor South
Washington, DC  20001
202-442-9887
Denise.baker@dc.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLE MORGAN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 1:07cv00172 (JDB) |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of the Defendant, District of Columbia's Motion to Compel Discovery, the memorandum of points and authorities filed in support thereof, any opposition thereto, and the entire record herein, it is by the Court this ___ day of _____, 2008:

ORDERED, that the Defendant's motion shall be and the same is hereby granted; and it is further

ORDERED, that Plaintiff shall submit to defendant District of Columbia within 10 days of this order: (1)   Responses to the First Request for Documents, (2) Responses to Interrogatories; and, (3) a Proposed Deposition Schedule, and it is further

ORDERED: that plaintiffs shall pay the defendant District of Columbia the sum of $_____, as the reasonable expenses incurred in obtaining this order.

_____
UNITED STATES DISTRICT COURT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLE MORGAN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 1:07cv00172 (JDB) |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, et al., ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE REGARDING DISCOVERY**

I certify that on the 5th day of December, 2007, a copy of Defendant, the District of Columbia's Request for Production of Documents and Interrogatories to Plaintiffs were sent via electronic mail to the following:

    John O. Iweanoge, II
    1026 Monroe Street, NE
    Washington D.C 20017
    John [joi@iweanogesfirm.com]


                                                /s/
                                              Denise J. Baker

| | |
|---|---|
| **Baker, Denise (OAG)** | |
| **From:** | Baker, Denise (OAG) |
| **Sent:** | Wednesday, December 05, 2007 3:20 PM |
| **To:** | 'John'; Baker, Denise (OAG) |
| **Subject:** | DISTRICTS FIRST REQUEST FOR DISCOVERY.pdf  MORGAN V DC |
| **Follow Up Flag:** | Follow up |
| **Due By:** | Wednesday, January 09, 2008 12:00 AM |
| **Flag Status:** | Flagged |

**Attachments:** DISTRICTS FIRST REQUEST FOR DISCOVERY.pdf



DISTRICTS
REQUEST FOR

John,

Attached please find discovery requests in the Morgan case.  Please respond pursuant to the rule.

**Denise J. Baker**
Assistant Attorney General
*441 Fourth Street, NW*
*Sixth Floor South*
*Washington, DC  20001*
*Direct Line:  (202) 442-9887*
*Facsimile:     (202) 727-0431*
*Internet:  www.oag.dc.gov*

**Confidentiality Notice**

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

**Baker, Denise (OAG)**

| | |
|---|---|
| **From:** | Baker, Denise (OAG) |
| **Sent:** | Monday, January 07, 2008 11:52 AM |
| **To:** | 'John' |
| **Cc:** | Baker, Denise (OAG) |
| **Subject:** | RE: DISTRICTS FIRST REQUEST FOR DISCOVERY.pdf  MORGAN V DC |

**Importance:**   High

**Follow Up Flag:**   Follow up
**Due By:**   Friday, January 11, 2008 12:00 AM
**Flag Status:**   Flagged

John,

I write to inquire as to the status of the outstanding written discovery requests that were tendered to you on December 5, 2007 with respect to the above-referenced civil action.  Based upon my calculations the responses are due, notwithstanding the interim holidays.

Please contact me with respect to the status within the next 48 hours.  If I do not hear from you I will file the appropriate motion to compel with the court.

**Denise J. Baker**
202-442-9887

Information contained in this e-mail transmission may be privileged, confidential and covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521.  If you are not the intended recipient, please do not read, distribute, or reproduce this transmission.  If you have received this e-mail transmission in error, please notify us immediately of the error by return e-mail, and please delete the message from your system.

_____
**From:** Baker, Denise (OAG)
**Sent:** Wednesday, December 05, 2007 3:20 PM
**To:** 'John'; Baker, Denise (OAG)
**Subject:** DISTRICTS FIRST REQUEST FOR DISCOVERY.pdf MORGAN V DC

 << File: DISTRICTS FIRST REQUEST FOR DISCOVERY.pdf >>
John,

Attached please find discovery requests in the Morgan case.  Please respond pursuant to the rule.

**Denise J. Baker**
Assistant Attorney General
*441 Fourth Street, NW*

*Sixth Floor South*
*Washington, DC  20001*
*Direct Line:  (202) 442-9887*
*Facsimile:     (202) 727-0431*
*Internet:  www.oag.dc.gov*

**Confidentiality Notice**

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

## GOVERNMENT OF THE DISTRICT OF COLUMBIA
### OFFICE OF THE ATTORNEY GENERAL

EQUITY SECTION I    DIRECT DIAL: 202-442-9887
CIVIL LITIGATION DIVISION                 FACSIMILE:   202-727-0431

January 16, 2008

VIA FACSIMILE-- Fax: (202) 347-7108

John O. Iweanoge, II
Jude C. Iweanoge
IWEANOGE LAW CENTER
1026 Monroe Street, NE
Washington, DC 20017

Re:   Morgan v. DC, 07-172

Dear Mr. Iweanoge:

    Today I called your office to remind you of the need to complete and tender completed discovery responses to my attention forthwith. They are overdue, and have been so since I sent you an email to that effect last week. I have yet to receive a response to the email or to the proposed deposition scheduling. Please note that I will take action to assure that this case maintains a steady track as set forth in the Court's scheduling order shortly.

                  Sincerely,

                  PETER NICKLES
                  Interim Attorney General for the
                  District of Columbia

          By: _____
                  Denise J. Baker
                  Assistant Attorney General, D.C.

**Baker, Denise (OAG)**

| | |
|---|---|
| **From:** | Baker, Denise (OAG) |
| **Sent:** | Friday, January 25, 2008 1:06 PM |
| **To:** | 'John O. Iweanoge, OK' |
| **Subject:** | RE: MORGAN v DC--07-0172 (RCL)--PROPOSED NOTICES OF DEPOSITIONS ADDRESSED TO PLAINTIFFS |

Please be advised that I will file a motion to compel discovery by close of business Monday.

*Denise J. Baker*

202-442-9887

Information contained in this e-mail transmission may be privileged, confidential and covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521. If you are not the intended recipient, please do not read, distribute, or reproduce this transmission. If you have received this e-mail transmission in error, please notify us immediately of the error by return e-mail, and please delete the message from your system.

**From:** John O. Iweanoge, OK [mailto:joi@iweanogesfirm.com]
**Sent:** Wednesday, January 16, 2008 3:29 PM
**To:** Baker, Denise (OAG)
**Subject:** Re: MORGAN v DC--07-0172 (RCL)--PROPOSED NOTICES OF DEPOSITIONS ADDRESSED TO PLAINTIFFS

Denise:

I was out of the country and got back on the 12th. I will discuss with my clients and get back to you by the January 24th.

Sent from my iPhone

On Jan 8, 2008, at 2:11 PM, "Baker, Denise (OAG)" <denise.baker@dc.gov> wrote:

> Good afternoon John,
>
> Attached please find proposed notices of deposition for all plaintiffs in the above-referenced action. They do not contain specific dates for the depositions as yet since I want your input as to scheduling in the first instance. That said, if I do not hear from you shortly regarding outstanding paper discovery and proposed dates for depositions, I will insert dates and times for depositions into these notices and formally serve them upon you on behalf of the defendant.
>
> I propose to hold all depositions in February 2008. I am available throughout February EXCEPT the following dates (as of now): 5th, 7th, 8th, 18th, 20th, and 27th. I have carbon copied my paralegal, Mr. Ferguson, who will be working with me on this matter. I look forward to hearing from you shortly. <<chawndra Royal DEPOSITION NOTICE.doc>> <<Delonta A. Reeves DEPOSITION NOTICE.doc>> <<Frank West

DEPOSITION NOTICE.doc>> <<Jeffrey Thomas DEPOSITION NOTICE.doc>> <<Marquetta Bennet DEPOSITION NOTICE.doc>> <<Nicole Morgan DEPOSITION NOTICE.doc>> <<Rochelle Wiggins DEPOSITION NOTICE.doc>> <<Santos Melendez DEPOSITION NOTICE.doc>> <<Stephen Morenau DEPOSITION NOTICE.doc>>

**Denise J. Baker**

Assistant Attorney General

*441 Fourth Street, NW*

*Sixth Floor South*

*Washington, DC  20001*

*Direct Line:  (202) 442-9887*

*Facsimile:     (202) 727-0431*

*Internet:  www.oag.dc.gov*

**Confidentiality Notice**

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

<chawndra Royal DEPOSITION NOTICE.doc>
<Delonta A. Reeves DEPOSITION NOTICE.doc>
<Frank West DEPOSITION NOTICE.doc>
<Jeffrey Thomas DEPOSITION NOTICE.doc>
<Marquetta Bennet DEPOSITION NOTICE.doc>
<Nicole Morgan DEPOSITION NOTICE.doc>
<Rochelle Wiggins DEPOSITION NOTICE.doc>
<Santos Melendez DEPOSITION NOTICE.doc>
<Stephen Morenau DEPOSITION NOTICE.doc>

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NICOLE MORGAN, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, et al., )<br>)<br>Defendants. ) | Civil Action No. 1:07cv00172 (JDB) |

**DECLARATION OF DENISE J. BAKER**

1. This declaration is made in support of a claim for attorney's fees and costs made by the Defendant, the District of Columbia (hereinafter "the District") with respect to Plaintiffs' failure to participate in the discovery process in the above-captioned matter.

2. I am an Assistant Attorney General (hereinafter "AAG") in the Office of the Attorney General for the District of Columbia (hereinafter "OAG"), Civil Division, Equity I Section. I am the AAG charged with the defense of the above-captioned matter on behalf of the District.

3. I have practiced law for over 20 years in several capacities, such as, Senior Counsel of the Philadelphia Housing Authority, Assistant General Counsel of the Philadelphia Housing Authority, Trial Advocacy Instructor at Temple University School of Law, and Special Counsel to the Pennsylvania House of Representatives. I am a 1985 graduate of the Rutgers School of Law, where I obtained my Juris Doctor (J.D.). I obtained a Master

of Legal Letters (LL.M.) in Trial Advocacy from Temple University School of Law in 1996. I obtained my B.A., *magna cum laude*, from Temple University in 1982.

4. OAG, as a governmental agency does not charge for work performed for the District, its sole client. Thus it does not have a billing structure or rate that reflects the value of its attorneys' services in the marketplace. See *SPIRG v AT&T Bell Laboratories*, 842 F.2d 1436, 1442 (3d Cir. 1988). Neither does OAG maintain contemporaneous time records. It is reasonable, however, to set the billing rate at $175 per hour in this case, given my years of legal experience.

5. This rate of $175.00 is significantly lower than that set forth in the *Laffey* matrix, which is based on a fee schedule for the District of Columbia and accepted by the federal courts for the District of Columbia. *Laffey v. Northwest Airlines, Inc.*, 572 (F. Supp. 354, 371-375 (D.D.C. 1983) *aff'd*, 746 F.2d 4 (D.C. Cir. 1984), *overruled in part on other grounds, Save our Cumberland Mountains v. Hodel*, 857 F.2d 1516, 1525 (1988) (*en banc*).

6. In identifying the time for which the District seeks compensation, billing judgment was exercised. The District is seeking the attorney's fees for preparing the Motions.

7. I have reviewed my records and reconstructed the timeline relevant to preparing the Discovery Motion. I ascertain from my records review that I expended 2.5 hours in the preparation and submission of said Discovery Motion.

8. In sum, for the work performed in preparing the Discovery Motion and the Deposition Motion, the District has incurred attorney's fees of $ 437.50, payable to the District of Columbia.

9. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 1st day of February, 2008.

_____
DENISE J. BAKER