UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NICOLE MORGAN, et al**<br>    **Plaintiffs**<br><br>v.<br><br>**DISTRICT OF COLUMBIA, et al**<br>    **Defendants** | *<br>*<br>*   **Civil Action No. 07-00172 (RCL)**<br>*<br>*<br>*<br>*<br>* |

## CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION TO COMPEL DISCOVERY

The Plaintiffs, by and through its undersigned counsel, respectfully requests that the Court grant them an additional seven (7) days to file opposition to Defendant's Motion to Compel Discovery. In support thereof, the Plaintiffs state as follows:

1. That Defendant filed motion to compel discovery on February 1, 2008 and Plaintiffs' response is due on or before February 12, 2008.

2. That Plaintiff due to the press of other matters including preparing discovery responses in this case would be unable to complete and file their opposition to District of Columbia's motion to compel discovery by the due date.

3. That Plaintiffs request an extension of time within which to file an opposition to District of Columbia's motion to compel.

4. The Plaintiffs counsel contacted counsel for the District of Columbia and she consented to this motion for enlargement of time for seven (7) days within which to file an opposition to Defendant's motion to compel discovery.

5. That no party would be prejudiced by the relief requested herein.

WHEREFORE, Plaintiffs, respectfully request that this Honorable Court grant a seven (7) day extension of time to file opposition to Defendant's motion to compel discovery.

Respectfully Submitted,
THE IWEANOGES' FIRM, P.C.


_____/s/JohnIweanogeII/s/_____
John O. Iweanoge, II
**IWEANOGE LAW CENTER**
1026 Monroe Street, NE
Washington, DC 20017
Phone: (202) 347-7026
Fax: (202) 347-7108
Email: joi@iweanogesfirm.com
Attorney for Plaintiffs


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on 12th February 12, 2008 a copy of the foregoing Motion was filed via electronic case filing system of the United States District Court for the District of Columbia and accordingly, the Court will notify the Defendants through the court's e-file system.

_____/s/JohnOIweanogeII/s/_____
John O. Iweanoge, II

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

**NICOLE MORGAN, et al**         *
       **Plaintiffs**               *
                                         *     **Civil Action No. 07-00172 (RCL)**
**v.**                                          *
                                         *
**DISTRICT OF COLUMBIA, et al**  *
       **Defendants**               *
_____

### POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' MOTION FOR ENLARGEMENT OF TIME

1. Fed. R. Civ. P. 6(b).

2. The record herein

3. The equitable powers of this Court

4. The interest of justice and the record herein.

                         Respectfully Submitted,
                         THE IWEANOGES' FIRM, P.C.

                         _____/s/*JohnIweanoge*/s/_____
                         John O. Iweanoge, II
                         **IWEANOGE LAW CENTER**
                         1026 Monroe Street, NE
                         Washington, DC  20017
                         Phone: (202) 347-7026
                         Fax: (202) 347-7108
                         Email: joi@iweanogesfirm.com
                         Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NICOLE MORGAN, et al**<br>　　　**Plaintiffs**<br><br>v.<br><br>**DISTRICT OF COLUMBIA, et al**<br>　　　**Defendants** | *<br>*<br>*Civil Action No. 07-00172 (RCL)<br>*<br>*<br>*<br>*<br>* |

# **ORDER**

UPON CONSIDERATION of Plaintiffs' Consent Motion for Extension of Time within which to Opposition to District of Columbia's Motion to Compel Discovery, it is this _____day of _____, 2008, by the United States District Court for the District of Columbia,

**ORDERED** that Plaintiff's motion be and the same is hereby **GRANTED**;

**FURTHER ORDERED** that _____

_____

_____

_____
**Judge**

4