UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLE MORGAN, et al<br>Plaintiffs<br><br>v.<br><br>DISTRICT OF COLUMBIA, et al<br>Defendants | *<br>*<br>*   Civil Action No. 07-00172 (RCL)<br>*<br>*<br>*<br>*<br>* |

**PLAINTIFFS OPPOSITION TO DEFENDANT'S MOTION TO COMPEL DISCOVERY DOCUMENTS AND DEPOSITION SCHEDULE**

The Plaintiffs, by and through its undersigned counsel, files this response in opposition to Defendant's Motion to Compel Discovery and Deposition Schedule. In support thereof, the Plaintiffs state as follows:

1.  That this matter arose from over detention of the ten (10) Plaintiffs in this matter by the District of Columbia Department of Corrections.

2.  That on or about December 5, 2007, Defendant propounded interrogatories and request for production of documents to Plaintiffs via email.

3.  That following the service of the discovery materials Plaintiffs counsel attempted to contact the Plaintiffs to provide them copies of the Defendants discovery but was unable to contact all the Plaintiffs prior to their travel on a pre-planned vacation.

4.  That Plaintiffs counsels were out of the country from December 25, 2007 through January 12, 2008.

5.  That upon their return, counsel was advised by his investigator that two (2) of the Plaintiffs were incarcerated. Specifically, Delonte Reeves is incarcerated in a Federal

1

Correctional Facility in Winston, North Carolina while Rochelle Wiggins is still in transit to a federal facility.

6. That in addition, upon information, four (4) of the Plaintiffs have moved from their previous addresses which are in counsels case file and did not advise this office or leave a forwarding address.

7. That counsel is working with the remaining Plaintiffs to finalize their responses to discovery materials and have them execute them before forwarding it to the Defendant.

8. That counsel is working with his investigator to obtain new addresses for the Plaintiffs that have moved.

9. That Plaintiffs counsel are possession of most of the information requested by Defendant but cannot provide the answers to Defendant without review and execution by the Plaintiffs.

10. That the Plaintiffs are working with their best effort to finalize all the discovery responses and provide unexecuted answers to Defendant by March 5, 2008 and executed responses by March 31, 2008 because of the Plaintiffs who are currently incarcerated.

11. That the scheduling order in this matter requires the parties to complete fact discovery within 180 days from December 4, 2007.

12. That the parties have more than 100 days left within which to complete fact discovery.

13. That the Defendant is not prejudiced by the failure to provide a timely response to discovery materials because of the length of time for fact discovery and because most of the information necessary for the Defendant to prepare a defense or fashion a settlement in this matter are in their exclusive possession and control. Infact, the Defendant opposed Plaintiffs subpoena which was issued to District of Columbia Department of Corrections requesting most of the information now sought by Defendants.

14. That upon completion of the discovery responses and service upon the Defendant a reasonable deposition schedule can be set by the parties.

15. That Plaintiffs failure to answer discovery was neither willful nor deliberate because of the reasons aforestated.

16. That Defendant has not been prejudiced by Plaintiffs failure to file Answers to Defendant's discovery because Defendant is already in possession of most of the documents and information necessary to compute Plaintiff's damages in this matter, and/or formulate a settlement offer, and/or prepare for trial.

17. That despite Defendant's request for reasonable expenses incurred in bringing their motion same should be denied because the aforestated facts make an award of attorney's fees unjust.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court deny Defendant's motion to compel and grant Plaintiffs till March 31, 2008 to provide executed discovery responses. Moreover the Court should deny Defendant's request for counsel fees for bringing their motion to compel discovery.

Respectfully Submitted,
THE IWEANOGES' FIRM, P.C.


____/s/*JohnIweanogeII*/s/____
John O. Iweanoge, II
**IWEANOGE LAW CENTER**
1026 Monroe Street, NE
Washington, DC  20017
Phone: (202) 347-7026
Fax: (202) 347-7108
Email: joi@iweanogesfirm.com
Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 19, 2008 a copy of the foregoing Opposition was filed via electronic case filing system of the United States District Court for the District of Columbia and accordingly, the Court will notify the Defendants through the court's e-file system.

                                                                 /s/JohnOIweanogeII/s/
                                                                 John O. Iweanoge, II

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **NICOLE MORGAN, et al** * | | |
| Plaintiffs * | | |
| * | Civil Action No. 07-00172 (RCL) | |
| v. * | | |
| * | | |
| **DISTRICT OF COLUMBIA, et al** * | | |
| Defendants * | | |

**POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO COMPEL DISCOVERY DOCUMENS AND DEPOSITION SCHEDULE**

1. Fed. R. Civ. P. 37.

2. The record herein

3. The equitable powers of this Court

4. The interest of justice and the record herein.

Respectfully Submitted,
THE IWEANOGES' FIRM, P.C.


_____/s/*JohnIweanoge*/s/_____
John O. Iweanoge, II
**IWEANOGE LAW CENTER**
1026 Monroe Street, NE
Washington, DC 20017
Phone: (202) 347-7026
Fax: (202) 347-7108
Email: joi@iweanogesfirm.com
Attorney for Plaintiffs

5

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**NICOLE MORGAN, et al**             *
    **Plaintiffs**                        *
                                 *Civil Action No. 07-00172 (RCL)
    **v.**                                      *
                                 *
**DISTRICT OF COLUMBIA, et al** *
    **Defendants**                      *

## **ORDER**

UPON CONSIDERATION of Defendant's Motion to Compel Discovery and Plaintiffs' Opposition thereto, it is this _____ day of _____, 2008, by the United States District Court for the District of Columbia,

    **ORDERED** that Defendant's motion be and the same is hereby **DENIED**;

    **FURTHER ORDERED** that _____

_____

_____

                                                                  _____
                                                                  **Judge**