IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLE MORGAN, et al., on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA, et al.,<br><br>    Defendants. | Civil Action No. 1:07cv00172 (RCL) |

**JOINT MOTION FOR EXTENSION OF DISOVERY DEADLINE
AND SCHEDULING ORDER**

Pursuant to Fed. R. Civ. P. 6 (b), the parties move for a 90-day extension of the fact discovery deadline contained in the Scheduling Order entered by this Court on December 4, 2007. As explained herein, there is good cause for the extension.

The Scheduling Order calls for fact discovery to be completed by June 1, 2008. However, due to the number of plaintiffs and their availability, the parties have not yet begun taking depositions. The voluminous amount of documents to be sifted through in order to properly respond to Plaintiffs' outstanding discovery requests is an additional basis for an extension of the discovery deadline. Lastly, plaintiffs' counsel's wife recently gave birth to a new set of twins and he has taken time off from work to assist with childcare.

The District Defendants request that the fact discovery deadline be extended to September 1, 2008 in order to facilitate adequate discovery that will yield facts ensuring a just outcome. The parties ask that the outstanding scheduling order be amended to reflect this extension of the fact discovery period.

For the foregoing reasons, the parties jointly and respectfully request that the Court grant this Motion, and extend the fact discovery period and the Scheduling Order as requested.

A proposed Order is filed herewith.

Respectfully submitted:

PETER NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

ELLEN EFROS [250746]
Chief, Equity Section I

/s/ Denise J. Baker
Denise J. Baker
D.C. Bar No. 493414
Assistant Attorney General
441 4th Street, Northwest, 6th Floor South
Washington, D.C. 20001
202-442-9887 (Telephone)
202-727-0431 (Facsimile)
Denise.baker@dc.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLE MORGAN, et al., on behalf of themselves and all others similarly situated, | )<br>)<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 1:07cv00172 (RCL)<br>) |
| DISTRICT OF COLUMBIA, et al., | )<br>)<br>) |
| Defendants. | ) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
THE JOINT MOTION FOR EXTENSION OF DISCOVERY DEADLINE AND
SCHEDULING ORDER**

In support of their Joint Motion for Extension of Discovery Deadline and Scheduling Order, the parties rely upon the following authorities:

1. Inherent Power of the Court.

2. Fed. R. Civ. P. 6(b)(1).

3. The lack of prejudice to the parties.

4. The record herein.

                Respectfully submitted:

                PETER NICKLES
                Interim Attorney General for the District of Columbia

                GEORGE C. VALENTINE
                Deputy Attorney General
                Civil Litigation Division

                ELLEN EFROS [250746]
                Chief, Equity Section I

<u>/s/ Denise J. Baker</u>
Denise J. Baker
D.C. Bar No. 493414
Assistant Attorney General
441 4th Street, Northwest, 6th Floor South
Washington, D.C. 20001
202-442-9887 (Telephone)
202-727-0431 (Facsimile)
Denise.baker@dc.gov

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLE MORGAN, et al., on behalf of themselves and all others similarly situated, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) |
| | ) Civil Action No. 1:07cv00172 (RCL) |
| v. | ) |
| DISTRICT OF COLUMBIA, et al., | ) |
| Defendants. | ) |

## ORDER

Upon consideration of the Joint Motion for Extension of Discovery Deadline and Scheduling Order, this Court finds there is good cause to extend the fact discovery deadline and to amend the Scheduling Order. It is hereby ORDERED that the Motion is GRANTED; and it is further,

ORDERED that the Scheduling Order is amended as follows:

1. Fact discovery shall be completed by September 1, 2008.

So ORDERED this ___ day of _____, 2008.

_____
ROYCE C. LAMBERTH
United States District Judge

Copies to:

Denise J. Baker
Assistant Attorney General

441 4th Street, Northwest, 6th Floor South
Washington, D.C. 20001

John O. Iweanoge, II
Jude C. Iweanoge
Charles C. Iweanoge
Iweanoge Law Center
1026 Monroe Street, NE
Washington, DC 20017