UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NICOLE MORGAN,** *et al.*, )<br> )<br> **Plaintiffs,** )<br> )<br> v. )<br> )<br> **DISTRICT OF COLUMBIA,** *et al.*, )<br> )<br> **Defendant.** )<br> ) | Civil Action No. 07-172 (RCL) |

## ORDER

Now comes before this Court defendant District of Columbia's Motion to Compel [25], plaintiffs' Opposition [27], and defendant's Reply [28] thereto. Upon consideration of the foregoing, all applicable law, and the entire record herein, and it appearing that plaintiffs never moved for an extension of time to respond to outstanding discovery and simply did not respond at all, it is hereby

ORDERED, that defendant's Motion to Compel [25] is GRANTED; and it is further,

ORDERED, that plaintiffs shall submit to defendant District of Columbia within 10 days of this order: (1) Responses to the First Request for Documents, (2) Responses to Interrogatories, and (3) a Proposed Deposition Schedule; and it is further,

ORDERED, that plaintiffs shall pay defendant District of Columbia the sum of $437.50, as the reasonable expenses incurred in obtaining this order.

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, June 20, 2008.