UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NICOLE MORGAN, et al** * | |
| Plaintiffs * | |
| * | Civil Action No. 07-00172 (RCL) |
| v. * | |
| * | |
| **DISTRICT OF COLUMBIA, et al** * | |
| Defendant * | |
| * | |

**PLAINTIFFS MOTION FOR RECONSIDERATION OF ORDER GRANTING
DEFENDANT'S MOTION TO COMPEL AND/OR IN THE ALTERNATIVE TO
EXTEND TIME TO COMPLY WITH ORDER ENTERED JUNE 20, 2008**

The Plaintiffs, by and through its undersigned counsel, files this motion for reconsideration of Order granting Defendant's motion to compel discovery and assessing reasonable expenses of $437.50 and/or in the alternative to extend time to comply with the Order. In support thereof, the Plaintiffs state as follows:

1.  That this matter arose from over detention of the ten (10) Plaintiffs in this matter by the District of Columbia Department of Corrections.

2.  That on or about February 1, 2008 Defendant filed a motion to compel discovery. Plaintiff's filed an opposition to Defendant's motion on February 19, 2008 and Defendant filed a reply on February 22, 2008.

3.  That the Court entered an order on June 20, 2008, granting Defendant's motion to compel premised on the fact that Plaintiffs never moved for an extension of time to respond to outstanding discovery and did not respond at all to Defendant's discovery. Specifically, the Court ordered plaintiffs to submit responses to first Request for Documents; Responses to

1

Interrogatories; and a Proposed Deposition Schedule. The court also ordered Plaintiff to pay Defendant the sum of $437.50 as reasonable expenses incurred in obtaining the order.

4. That following Defendant's motion, Plaintiff's opposition and Defendant's reply, and prior to the Court's Order, Plaintiffs Morneau, Seeley and Melendez provided Defendant with their responses to discovery on or about March 31, 2008.

5. That Plaintiffs did not file any certificate regarding discovery because the Electronic Court Filing system no longer has a provision for filing certificate regarding discovery or any discovery document unless ordered by the court.

6. That a reading of the Court order suggests that Plaintiffs have completely ignored Defendant's discovery requests, it not appearing to the Court that some Plaintiffs have already submitted their responses to discovery requests prior to the Court Order.

7. That after providing partial responses to Defendant's discovery requests, undersigned counsel on April 2, 2008 and May 2, 2008, attempted via email to obtain dates for deposition of Plaintiffs, Nonetheless, Defendant did not respond to the email. See Exhibits 1 and 2 attached.

8. That it was not until June 26, 2008 after the Court order, that undersigned counsel sent another email to Defendant's counsel requesting deposition dates that Defendant's counsel finally responded proposing dates for the deposition. See Exhibit 3 attached.

9. That the parties have agreed to a deposition schedule of the Plaintiffs and Defendant starting July 29 to July 31, 2008. However, the parties have not agreed regarding deposition of Plaintiffs Wiggins and Reeves who are currently incarcerated in Federal Correction Centers outside of the Metropolitan area.

10. That counsel is working with the remaining Plaintiffs to finalize their responses to discovery materials and have them executed before forwarding it to the Defendant prior to any scheduled deposition.

11. That the Defendant with the consent of Plaintiffs filed a joint motion for extension of time to complete discovery because both parties have not fully exchanged answers to discovery. The motion was granted by the Court on June 12, 2008 extending the fact discovery by 90 days.

12. That the remaining Plaintiffs will not be able to provide executed discovery responses to Defendant by June 30, 2008 as ordered by the Court and as such request additional time up to and including July 18, 2008 to fully respond to Defendant's First Request for Documents and Responses to Interrogatories.

13. That Defendant is well aware of Plaintiffs claims and in possession, custody and control of all documents and information relevant to this case.

14. That Plaintiffs are yet to receive their discovery responses from Defendant.

15. That the remaining Plaintiffs failure to submit answers to discovery and/or request for additional time to fully respond to discovery is neither willful nor deliberate.

16. That a review of the motion to compel and paragraph 7 of the affidavit in support filed by the Defendant makes it uncertain whether said motion could have been drafted in 2.5 hours as stated by Defendant's counsel who had to reconstruct the timeline. Most importantly, Plaintiffs are without sufficient resources to pay the District of Columbia the sum of $437.50 ordered by the Court.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court reconsider its Order compelling Plaintiffs to submit complete responses to discovery within ten (10) days and

awarding Defendant attorney's fees of $437.50 and/or in the alternative extend time to comply for the aforestated reasons and in the interest of justice.

                Respectfully Submitted,
                THE IWEANOGES' FIRM, P.C.

                ____/s/*JohnIweanoge*/s/____
                John O. Iweanoge, II
                **IWEANOGE LAW CENTER**
                1026 Monroe Street, NE
                Washington, DC  20017
                Phone: (202) 347-7026
                Fax: (202) 347-7108
                Email: joi@iweanogesfirm.com
                Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on June 30, 2008 a copy of the foregoing Motion for Reconsideration was filed via electronic case filing system of the United States District Court for the District of Columbia and accordingly, the Court will notify the Defendants through the court's e-file system.

                _____/s/JohnOIweanoge/s/___
                      John O. Iweanoge, II

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NICOLE MORGAN, et al** * | |
|     **Plaintiffs** * | |
| * | **Civil Action No. 07-00172 (RCL)** |
| **v.** * | |
| * | |
| **DISTRICT OF COLUMBIA, et al** * | |
|     **Defendant** * | |

### POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' MOTION FOR RECONSIDERATION OF ORDER GRANTING DEFENDANT'S MOTION TO COMPEL ENTERED JUNE 20, 2008

1. Fed. R. Civ. P. 37.

2. Exhibits 1, 2 and 3

3. The equitable powers of this Court.

4. The interest of justice.

5. The record herein.

        Respectfully Submitted,
        THE IWEANOGES' FIRM, P.C.

        _____/s/*JohnIweanoge*/s/_____
        John O. Iweanoge, II
        **IWEANOGE LAW CENTER**
        1026 Monroe Street, NE
        Washington, DC  20017
        Phone: (202) 347-7026
        Fax: (202) 347-7108
        Email: joi@iweanogesfirm.com
        Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NICOLE MORGAN, et al**     * | |
|        Plaintiffs       * | |
|       *Civil Action No. 07-00172 (RCL) | |
|     v.              * | |
|                * | |
| **DISTRICT OF COLUMBIA, et al**   * | |
|        Defendant      * | |
|                * | |

### ORDER

UPON CONSIDERATION of Defendant's Motion for Reconsideration of Order Granting Defendant's Motion to Compel and/or in the Alternative to Extend Time to Comply and any Defendant's Opposition thereto, it is this _____ day of _____, 2008, by the United States District Court for the District of Columbia,

**ORDERED** that Plaintiff's motion be and the same is hereby **GRANTED**;

**FURTHER ORDERED** that _____

_____

_____

 

                                                                                      _____
                                                                                           **Judge**

EXHIBIT 1

**Jude**

**From:** Jude [jci@iweanogesfirm.com]
**Sent:** Wednesday, April 02, 2008 12:55 PM
**To:** 'Baker, Denise (OAG)'
**Subject:** Morgan, et al v. D.C.

Denise:

How are you and hope everything is going well for you? Please propose dates for me this month for the deposition of our clients. Mr. Reeves and Ms. Wiggins are currently incarcerated in federal prisons outside of the metro area so please advise me on how you want to depose those two. I mailed some of the responses to discovery and trust you may have received them. I am working to conclude the rest and will forward them to you prior to the deposition.

Jude C. Iweanoge, Esquire
THE IWEANOGES' FIRM P.C.
Iweanoge Law Center
1026 Monroe Street, NE
Washington, D.C. 20017-1760
Ph: (202) 347-7026
Fax: (202) 347-7108

================================================
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of THE IWEANOGES' FIRM P.C. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jci@iweanogesfirm.com, and destroy this communication and all copies thereof, including all attachments.
================================================

EXHIBIT 2

## Jude

**From:** Jude [jci@iweanogesfirm.com]
**Sent:** Friday, May 02, 2008 11:11 PM
**To:** 'Baker, Denise (OAG)'
**Subject:** Morgan v. D.C. 07-172

Ms. Baker:

Please find attached Plaintiffs Interrogatories and requests for Production of Documents which is also being faxed and mailed to your attention. I sent you an email back on April 2, 2008 requesting that you propose new dates for deposition of Plaintiffs but you have not responded to date. Kindly advice me if you still plan on deposing my clients so that we may choose dates that will be convenient for all. Hope all is well on your end.

Jude C. Iweanoge, Esquire
THE IWEANOGES' FIRM P.C.
Iweanoge Law Center
1026 Monroe Street, NE
Washington, D.C. 20017-1760
Ph: (202) 347-7026
Fax: (202) 347-7108

========================================================
The information contained in this communication is confidential, may be attorney-
client privileged, may constitute inside information, and is intended only for the
use of the addressee.  It is the property of THE IWEANOGES' FIRM P.C.  Unauthorized
use, disclosure or copying of this communication or any part thereof is strictly
prohibited and may be unlawful.  If you have received this communication in error,
please notify us immediately by return e-mail or by e-mail to
jci@iweanogesfirm.com, and destroy this communication and all copies thereof,
including all attachments.
========================================================

EXHIBIT 3

Jude

**From:** John [joi@iweanogesfirm.com]
**Sent:** Friday, June 27, 2008 6:11 PM
**To:** 'Baker, Denise (OAG)'
**Subject:** RE: Morgan, et al v. D.C.--PROPOSED DEPOSITION SCHEDULE

July 29th -31st is good for us. How do you intend to depose the 2 Plaintiffs that are incarcerated? Please advice.

**From:** Baker, Denise (OAG) [mailto:denise.baker@dc.gov]
**Sent:** Friday, June 27, 2008 9:16 AM
**To:** John
**Cc:** Moore, Kevin (OAG); Efros, Ellen (OAG)
**Subject:** RE: Morgan, et al v. D.C.--PROPOSED DEPOSITION SCHEDULE

JULY 14TH-17TH AND/OR JULY 29TH -31ST.

# Denise J. Baker
202-442-9887

Information contained in this e-mail transmission may be privileged, confidential and covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521. If you are not the intended recipient, please do not read, distribute, or reproduce this transmission. If you have received this e-mail transmission in error, please notify us immediately of the error by return e-mail, and please delete the message from your system.

**From:** John [mailto:joi@iweanogesfirm.com]
**Sent:** Thursday, June 26, 2008 5:40 PM
**To:** Baker, Denise (OAG)
**Subject:** Morgan, et al v. D.C.

Denise:

I am in receipt of the court order requesting inter alia that I provide proposed deposition schedule within 10 days of the order. As you may recall, I previously sent you emails on April 2 and May 2 requesting dates that you intend to depose my clients so that we may agree on a deposition schedule, but have not received any response to date. Kindly advise me regarding when you intend to depose my clients and also when your client will be available for deposition so that we may finalize the deposition schedule prior to Monday June 30, 2008. Otherwise, I will conclude that you no longer plan to depose the Plaintiffs in this matter and would advise the Court accordingly.

Thanks for your cooperation in advance and hope all is well with you.

John