## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                   )
NICOLE MORGAN, et al., on behalf of   )
themselves and all others              )
similarly situated,                    )
                                   )
                                   )
            Plaintiffs,           )
                                   )    Civil Action No. 1:07cv00172 (RCL)
           v.                 )
                                   )
DISTRICT OF COLUMBIA, et al.,     )
                                   )
                                   )
           Defendants.      )
_____)

## ORDER

UPON CONSIDERATION of Defendant's Consent Motion to depose plaintiffs confined in prison, pursuant to Fed. R. Civ. Pro 30(a)(2), it is, by the United States District Court for the District of Columbia this 16th day of July, 2008,

ORDERED, that Defendant is authorized to depose Delonta Reeves and Rochelle Wiggins, both confined in prison, for a period of time not to exceed four (4) hours by teleconference;

IT IS FURTHER ORDERED, that the depositions shall be taken within sixty (60) days of the date ordered;

IT IS FURTHER ORDERED, that upon presentation of this Order to the respective correctional institutions in which Delonta Reeves or Rochelle Wiggins are imprisoned, the duly authorized administrator/warden of the correctional institution shall facilitate the deposition process, to the extent practicable, by providing the prisoner access to a telephone, a quiet room,

and coordination of the deposition date with counsel of record so that the prisoner will be

available on a date certain.

_____/s/_____
ROYCE C. LAMBERTH
Chief Judge, United States District Court for the
District of Columbia