**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                                    )
NICOLE MORGAN, et al.,                              )
                                                    )
                                                    )
                        Plaintiffs,                 )
                                                    )     Civil Action No. 1:07cv00172 (RCL)
            v.                                      )
                                                    )
DISTRICT OF COLUMBIA,                               )
                                                    )
                        Defendant.                  )
_____)

**DEFENDANT DISTRICT OF COLUMBIA'S MOTION TO STAY SCHEDULING
ORDER AND DISCOVERY**

Pursuant to Federal Rule of Civil Procedure 6(b), the District of Columbia (hereinafter

"the District"), by and through counsel, hereby moves this Honorable Court to stay the

scheduling order, (Docket No. 24) and discovery in this matter pending resolution of District's

motion for consolidation (Docket No. 35) on the grounds that: (1) the issues raised in District's

motion to consolidate will preclude the need for duplicative discovery requested by plaintiffs; (2)

granting the District's motion to consolidate and stay discovery will preserve resources, and ease

administerability since plaintiffs are requesting the same discovery and relief at issue in the case

in which consolidation is requested; and (3) the parties will not be prejudiced by this brief stay of

discovery.

The grounds for this motion are more fully set forth in the accompanying memorandum

of points and authorities incorporated by reference herein. A proposed Order also is attached

hereto.

Undersigned counsel requested consent to the relief sought in this motion by email to plaintiffs' counsel dated August 5, 2008; however, no response to the request has been received.

WHEREFORE, the District respectfully requests that this Honorable Court:

A. Grant the District's Motion to Stay the Scheduling Order and Discovery, and

B. Grant the District such other and further relief as the nature of its cause may require.

Respectfully submitted:

PETER NICKLES
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

ELLEN EFROS [250746]
Chief, Equity Section I

/s/ Denise J. Baker
Denise J. Baker
D.C. Bar No. 493414
Assistant Attorney General
441 4th Street, Northwest, 6th Floor South
Washington, D.C. 20001
202-442-9887 (Telephone)
202-727-0431 (Facsimile)
Denise.baker@dc.gov

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                        )
NICOLE MORGAN, et al.,                  )
                                        )
                                        )
                    Plaintiffs,         )
                                        )     Civil Action No. 1:07cv00172 (RCL)
           v.                           )
                                        )
DISTRICT OF COLUMBIA,                   )
                                        )
                    Defendant.          )
_____)

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT,
DISTRICT OF COLUMBIA'S MOTION TO STAY THE SCHEDULING ORDER AND
DISCOVERY**

The District of Columbia (hereinafter "the District") by and through counsel, respectfully

submit this Memorandum of Points and Authorities in Support of its Motion to Stay the

Scheduling Order and Discovery pursuant to Federal Rule of Civil Procedure 6 (b).

**I.  BACKGROUND**

On December 4, 2007 this Court entered a scheduling order requiring that fact discovery

completed by June 2, 2008; Plaintiffs' Rule 26a2 due by July 16, 2008; Defendant's Rule 26a2

due by September 29, 2008; all discovery due by September 15, 2008; dispositive motions due

by October 30, 2008; oppositions to dispositive motions due by November 19, 2008; and replies

to dispositive motions due by December 1, 2008.  (Docket No. 24).  By consent of the parties

,this Court entered a minute order amending this scheduling order to extend fact discovery until

September 1, 2008.  No other changes in the scheduling order were reflected in the minute order.

One July 14, 2008, District Defendants moved to consolidate this action with the class

action *Carl A. Barnes, et al., v. District of Columbia,* Civil Action No. 06-315 (RCL), which has

been certified as a class of overdetained prisoners. ---F.R.D.---, 2007 WL 896282 (D.D.C. March 26, 2007). (Docket No. 35). Both this action and the class action are based on the same factual allegations and legal theories.

The motion to consolidate is pending before this Court. Granting the motion to stay the scheduling order, the minute order, as well as the motion to consolidate, will produce significant savings of time and resources for the Court and the parties. In contrast, having virtually identical cases proceed in a parallel fashion would generate needless duplication of effort. To avoid such an unnecessary expenditure, courts in this and other jurisdictions routinely grant motions to stay discovery until a prior motion is decided by the trial court.

## II. LEGAL ARGUMENT

In approving a stay of discovery pending resolution of an initial motion, the D.C. Circuit has said that "[I]n the case of suits against government officials, we are mindful that uncontrolled discovery in the course of insubstantial lawsuits can be a form of harassment that imposes an undue burden on the time and resources of public officials and their agencies." *Chagnon v. Bell*, 642 F.2d 1248, 1266 (D.C. Cir. 1980) (affirming trial court's stay of discovery pending resolution of dispositive motion). *See also Brennan v. Local Union No. 639, Int'l. Brotherhood of Teamsters*, 494 F.2d 1092, 1100 (D.C. Cir. 1974), *cert. denied*, 429 U.S. 1123 (1977) (affirming trial court's grant of protective order suspending discovery until decision on motion for summary judgment); *Chavous v. District of Columbia Financial Responsibility and Management Assistance Authority*, 201 F.R.D. 1, 2 (D.D.C. 2001) ("[I]t is well settled that discovery is generally considered inappropriate while a motion that would be thoroughly dispositive of the claims in the Complaint is pending.") (*citing Anderson v. United States Attorneys Office, No.* Civ.A. 91-2262, 1992 WL 159186, at *1 (D.D.C. June 19, 1992)). *See also Chavous, supra,* at 2 ("A stay of discovery pending the determination of a dispositive motion 'is

an eminently logical means to prevent wasting the time and effort of all concerned and to make the most efficient use of judicial resources.'" (citations omitted).

Cases following the principles enunciated above are legion. *See, e.g.*, *Institute Pasteur v. Chiron Corp.*, 315 F. Supp.2d 33, 37 (D.D.C. 2004); *Brennan v. Local Union No. 639*, 494 F.2d 1092, 1100 (D.C. Cir. 1974) (upholding grant of protective order staying discovery until after ruling on summary judgment motion); *White v. Fraternal Order of Police,* 909 F.2d 512, 517 (D.C. Cir. 1998); *Moldea v. The New York Times,* 137 F.R.D. 1 (D.D.C. 1990); *cf. Harlow v. Fitzgerald*, 457 U.S. 800, 818 (1982); *Herbert v. Lando,* 441 U.S. 153, 177 (1979).

For  same reasons articulated in the cases cited above, this Court should exercise its discretion and, in the interest of judicial economy and to prevent the time and waste of effort of all concerned, stay the scheduling order and all discovery pending a ruling on the District's motion to consolidate.

## III.  CONCLUSION

For the foregoing reasons, the District respectfully requests that this Honorable Court enter an order to stay the scheduling order and discovery pending resolution of the District Defendants' motion for consolidation.

                                      Respectfully submitted:

PETER NICKLES
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

ELLEN EFROS [250746]
Chief, Equity Section I

/s/ Denise J. Baker
Denise J. Baker
D.C. Bar No. 493414

Assistant Attorney General
441 4th Street, Northwest, 6th Floor South
Washington, D.C. 20001
202-442-9887 (Telephone)
202-727-0431 (Facsimile)
Denise.baker@dc.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                )
NICOLE MORGAN, et al.,                          )
                                                )
                                                )
                    Plaintiffs,                 )
                                                )        Civil Action No. 1:07cv00172 (RCL)
            v.                                  )
                                                )
DISTRICT OF COLUMBIA,                           )
                                                )
                    Defendant.                  )
_____)

ORDER

Upon consideration of District of Columbia's Motion to Stay the Scheduling Order,

(Docket 24) and Discovery Pending resolution of defendant's motion to consolidate (Docket 35),

the memorandum of points and authorities in support thereof, the opposition thereto, and the

entire record herein, it is this _____day of _____, 200__,

**ORDERED** that the motion be, and the same hereby is, **GRANTED**; and it is

**FURTHER ORDERED** that the scheduling order and discovery are stayed until thirty

(30) days after this Court rules on the District's motion to consolidate.


                                    _____
                                    ROYCE C. LAMBERTH
                                    U.S. DISTRICT COURT JUDGE